## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

COREY REDDING,

      Petitioner,

vs.                                    CASE NO. 5:08cv161/RS-EMT

SCOTT A. MIDDLEBROOKS,
Warden,

      Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 14).

Petitioner has not filed objections.

**IT IS ORDERED**:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.    The Amended Petition for Writ of Habeas Corpus (Doc. 5) filed under 28 U.S.C. §2241 is denied without prejudice because of lack of jurisdiction due to Petitioner's failure to exhaust his administrative remedies prior to filing suit.

3.    The clerk is directed to close the file.

**ORDERED** on February 12, 2009.

/S/ Richard Smoak_____
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**